```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MIROGLIO S.P.A.,                    :
                                    :
                    Plaintiff,      :
            v.                      :    05 Civ. 121(BSJ)(GWG)
                                    :
CONWAY STORES, INC., PARAMOUNT      :
DECORATORS, INC., YS DESIGNING OF   :
NY INC. and JEMBRO STORES, INC.     :    ORDER
                                    :
                    Defendants.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge Gabriel W. Gorenstein's Report and Recommendation dated May 27, 2009, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, the Court finds that the Defendant Jembro is liable (jointly and severally with YS) for 33-1/3% of the Plaintiff's costs and fees. The Court also finds that the Defendant YS alone is liable for the remaining 66-2/3% of the costs and fees. Therefore, the Plaintiff Miroglio is awarded judgment for $18,637.73 in costs and fees against YS. Miroglio is also awarded judgment for $9,318.87 in costs and fees against Jembro and YS jointly and severally. The Clerk of Court is directed to close this case.

**SO ORDERED:**

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         June 22, 2009